# CRIMINAL COVER SHEET

U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☑   Case No. CR 18-173 D

Number of Counts: 1   Number of Defendants: 4   USAOID No. _____   By: abh

**INDICTMENT**

Sealed: Yes ☐ No ☑   OCDETF: Yes ☐ No ☑   Notice ☐   Summons ☐   Writ ☐   Warrant ☑ to Issue

| | |
|---|---|
| **DEFENDANT:** LUCAS JAMES McCURRIN | JUL 0 3 2018 |
| Alias(es): | Address: |
| | Phone: |
| Age&DOB: 27 - xx-xx-1991   SS#: xxx-xx-7069 | Juvenile: Yes ☐ No ☑   Interpreter: Yes ☐ No ☑ |
| SEX: M ☑ F ☐   RACE: White | Language/Dialect: |

**Defendant Status:**

☐ Not in Custody

Type of Bond Recommended on this Charge:
OR ☐   Cash ☐   10% ☐   Unsecured ☐   Surety ☐

Bond set at: $ _____   Date: _____
Current Bond on Other Charge   Federal ☐   State ☐
Bond in Amount of: $ _____

☑ In Jail at: FCI, El Reno   Under Prisoner/Register No.: 74962-380   Detention ☑

**Prior Proceedings or Appearance(s) Before U.S. Magistrate Judge:**

| Case No. M- | Government Motion to Detain: Yes ☐   No ☐ |
|---|---|
| Complaint: Yes ☐   No ☐ | Bond Set:   **RECEIVED** |

**Related Case Information:**

| Previous Case No. | Rule 20/Rule 5 from District of: JUL 0 3 2018 |
|---|---|
| Additional Defendants: Yes ☐ No ☐ | Total Number of defendants: CARMELITA REEDER SHINN, CLERK, U.S. DISTRICT COURT   BY _____ DEPUTY |

**Attorney Information:**

| Defense Counsel: | AUSA: Ashley L. Altshuler | |
|---|---|---|
| Address: | Phone: 405/553-8739 | Fax: 405/553-8888 |
| Phone:   Fax: | Federal Agent/Agency: FBI | |
| Retained ☐   CJA Panel ☐   Public Defender ☐ | Local Agent/Agency: | |

| Count(s) | USC Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 USC § 113(a)(6); 18 USC § 2(a) | Assault with serious bodily injury; aiding and abetting | NMT 10 yrs. imprisonment; $250,000 fine; O/B; NMT 3 yrs. S/R; $100 S/A |

Date: 7-2-18   Signature of AUSA _____

800/6-97