# CRIMINAL COVER SHEET

U.S. District Court, Western District of Oklahoma

Petty ☐ Misdemeanor ☐ Felony ☑    Case No. **CR 18-173 D** *Count* (handwritten)

Number of Counts **1**    Number of Defendants **4**    USAOID No. _____    By: **abh**

**INDICTMENT**

Sealed: Yes ☐ No ☑    OCDETF: Yes ☐ No ☑    Notice ☐   Summons ☐   Writ ☐   Warrant ☑ to Issue

| DEFENDANT: **MICHAEL MIZE** | JUL 0 3 2018 |
|---|---|
| Alias(es): | Address: |
| | Phone: |
| Age&DOB: 38 - xx-xx-1980    SS#: xxx-xx-8342 | Juvenile: Yes ☐ No ☑    Interpreter: Yes ☐ No ☑ |
| SEX: M ☑ F ☐    RACE: White | Language/Dialect: |

**Defendant Status:**

☐ Not in Custody

Type of Bond Recommended on this Charge:   OR ☐   Cash ☐   10% ☐   Unsecured ☐   Surety ☐

Bond set at: $ _____ Date: _____
Current Bond on Other Charge Federal ☐ State ☐    Bond in Amount of: $

☑ In Jail at: FCI, El Reno    Under Prisoner/Register No.: 54152-177    Detention ☑

**Prior Proceedings or Appearance(s) Before U.S. Magistrate Judge:**

| Case No. M- | Government Motion to Detain: Yes ☐ No ☐ |
|---|---|
| Complaint: Yes ☐ No ☐ | Bond Set:    Date: |

**RECEIVED JUL 0 3 2018**
CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY

**Related Case Information:**

| Previous Case No. | Rule 20/Rule 5 from District of : |
|---|---|
| Additional Defendants: Yes ☐ No ☐ | Total Number of defendants: |

**Attorney Information:**

| Defense Counsel: | AUSA: Ashley L. Altshuler |
|---|---|
| Address: | Phone: 405/553-8739    Fax: 405/553-8888 |
| Phone:   Fax: | Federal Agent/Agency: FBI |
| Retained ☐   CJA Panel ☐   Public Defender ☐ | Local Agent/Agency: |

| Count(s) | USC Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 USC § 113(a)(6); 18 USC § 2(a) | Assault with serious bodily injury; aiding and abetting | NMT 10 yrs. imprisonment; $250,000 fine; O/B; NMT 3 yrs. S/R; $100 S/A |

Date: **7-2-18**    Signature of AUSA: *[signed] Ashley Altshuler*

800/6-97